**Order entered September 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00196-CR
## No. 05-21-00197-CR

### DAVID MONROE SMITHERMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 20-10343-422-F & 20-10344-422-F**

### ORDER

Before the Court is appellant's August 31, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on September 29, 2021.

/s/    DENNISE GARCIA
        JUSTICE